
US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK
COUNTY OF

Case 7:08-cv-02932-KMK  Document 2  Filed 04/09/2008  Page 1 of 2

**AFFIDAVIT OF SERVICE**

ATTORNEY: FOULKE
FF/INDEX #:
DATE FILED:
DOCKET #:

CASE NO.: O8 CIV. 2932
JUDGE KARAS

DOMINIQUE PARENTI

Plaintiff(s)/Petitioners(s)

- AGAINST -

STONY POINT PIZZERIA, INC. D/B/A BOCCI'S ITALIAN RESTAURANT AND NEIL MEOLA

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

**STATE OF NEW YORK COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/1/08 at 3:40 PM at C/O BOCCI'S ITALIAN RESTAURANT
438 LAKES ROAD, MONROE, NEW YORK 10950

deponent served the within **SUMMONS IN A CIVIL CASE & COMPLAINT WITH INDEX # ENDORSED THEREON**

on **NEIL MEOLA** therein named

**INDIVIDUAL** [✓] By Personally delivering to and leaving with said individual, and that he knew the person so served to be the person mentioned and described in said writ.

[ ] AND AT THE SAME TIME PAYING IN ADVANCE    THE AUTHORIZED FEE

**DESCRIPTION**  Deponent describes the individual served as follows:

MALE, WHITE SKIN, BLACK HAIR, 50-55 YRS., 5'7", 185 LBS.

Other identifying features:

BALDING

**MILITARY SERVICE** [✓] I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on: 4/2/08

_signature_
MIKE RENNA

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20_/0_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958

| | | |
|---|---|---|
| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK | | AFFIDAVIT OF SERVICE |
| COUNTY OF | ATTORNEY: | FOULKE |
| | FF/INDEX #: | |
| DOMINIQUE PARENTI | DATE FILED: | |
| | DOCKET #: | |
| | CASE NO.: | O8 CIV. 2932 |
| Plaintiff(s)/Petitioners(s) | JUDGE KARAS | |
| - AGAINST - | | |
| STONY POINT PIZZERIA, INC. D/B/A BOCCI'S ITALIAN RESTAURANT AND NEIL MEOLA | | |
| | COURT D/T: | |
| Defendants(s)/Respondent(s) | AMOUNT: | |

**STATE OF NEW YORK COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **4/1/08** at **3:40 PM** at **438 LAKES ROAD MONROE, NEW YORK 10950**

deponent served the within **SUMMONS IN A CIVIL CASE & COMPLAINT WITH INDEX # ENDORSED THEREON**

on **STONY POINT PIZZERIA, INC. d/b/a BOCCI'S ITALIAN RESTAURANT** therein named

**CORPORATION** ☑ By delivering to and leaving with **NEIL MEOLA** and that he knew the person
so served to be the **MANAGING AGENT** of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE    THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

**MALE, WHITE SKIN, BLACK HAIR, 50-55 YRS., 5'7", 185 LBS.**

Other identifying features:

**BALDING**

Sworn to before me on: **4/2/08**

_signature_ — MIKE RENNA

_signature_ JOANN JOHNSON

| JOHN GOULD | JOANN JOHNSON | KATHLEEN GOULD |
|---|---|---|
| NOTARY PUBLIC, STATE OF NEW YORK | NOTARY PUBLIC, STATE OF NEW YORK | NOTARY PUBLIC, STATE OF NEW YORK |
| QUALIFIED IN ORANGE COUNTY | QUALIFIED IN ORANGE COUNTY | QUALIFIED IN ORANGE COUNTY |
| COMMISION EXPIRES JULY 15, 20__ | COMMISION EXPIRES AUGUST 15, 20_10_ | COMMISION EXPIRES NOVEMBER 30, 20__ |
| 01G05013764 | 01J05031856 | 4632958 |