UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINIQUE PARENTI,

                   Plaintiff,

- against -

STONY POINT PIZZERIA, INC. d/b/a BOCCI'S ITALIAN RESTAURANT and NEIL MEOLA,

                   Defendant.

**RULE 7.1 DISCLOSURE STATEMENT**

Index No. 08-CV-2932 (KK)

     Defendant STONY POINT PIZZERIA, INC., by its attorneys Blustein, Shapiro, Rich & Barone, LLP, make the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

- Defendant Stony Point Pizzeria, Inc. is not owned by any parent corporation.

- There is no publicly traded corporation that owns 10% or more of its stock.

Dated: Middletown, New York
       April 17, 2008

Yours, etc.,
BLUSTEIN, SHAPIRO, RICH & BARONE, LLP

/s/ Carol C. Pierce
By: Carol C. Pierce, Esq. (CP7152)
Attorneys for Defendant
Stony Point Pizzeria, Inc..
90 Crystal Run Road, Suite 409
Middletown, New York 10941
(845) 692-0011