# BLUSTEIN, SHAPIRO, RICH & BARONE, LLP

## ATTORNEYS AT LAW

BURT J. BLUSTEIN
MICHAEL S. BLUSTEIN *
RICHARD J. SHAPIRO ♦
GARDINER S. BARONE
RITA G. RICH *

ADMITTED IN
* NEW JERSEY
♦ PENNSYLVANIA

90 CRYSTAL RUN ROAD
SUITE 409
MIDDLETOWN, NEW YORK 10941
(845) 692-0011
FAX (845) 695-1397
TOLL FREE (866) 692-0011
bsr@mid-hudsonlaw.com
www.mid-hudsonlaw.com

JAY R. MYROW
AMANDA L. SINROD
MINDY MENKE
CAROL C. PIERCE

ARTHUR SHAPIRO,
OF COUNSEL
JACOB R. BILLIG,
OF COUNSEL

July 11, 2008

**MEMO ENDORSED**

Honorable Kenneth M. Karas
US District Court Judge
US District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601
VIA FACSIMILE (914) 390-4152

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Re: Parenti v. Stony Point Pizzeria, Inc. d/b/a Bocci's Italian Restaurant and Neil Meola
Index No: 08-Civ-2932

Dear Judge Karas:

Please be advised that we are the attorneys representing the defendants in the above-entitled action. With the express permission of Ms. Bordes, I am sending this letter via facsimilie to request an adjournment of the Rule (16) conference that is scheduled on July 29, 2008, as I will be away on vacation.

I have requested, and counsel for the plaintiff has consented to adjourn the Court conference to August 4, 2008, at 11:30 am, subject to the Court's approval of this adjournment.

I write to request the Court's approval to this adjournment and thank the Court for its consideration to this request.

Very truly yours,

Carol C. Pierce, Esq.

*The new conference is scheduled for August 6, 2008, at 12:30 pm. So Ordered. 7/18/08*

Cc: Evan Folke, Esq. (via fax 294-4309)

Other Locations
690 KINDERKAMACK ROAD • ORADELL, N.J. 07649 • P: 201-265-4635
146 ROCK HILL DRIVE, P.O. BOX 780 • ROCK HILL, N.Y. 12775 • P: 845-794-3833