UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOMINIQUE PARENTI,                                            Index No: 08-CIV-2932

                            Plaintiff,

   -against-
                                                  **STIPULATION**

STONY POINT PIZZERIA, INC. d/b/a
BOCCI'S ITALIAN RESTAURANT and NEIL MEOLA,

                          Defendants.
------------------------------------------------------------X

      I, the undersigned, hereby stipulates, consents and agrees that the law firm of Blustein, Shapiro, Rich & Barone, LLP, 90 Crystal Run Road, Suite 409, Middletown, New York 10941 is hereby withdrawing as attorneys for STONY POINT PIZZERIA, INC. d/b/a BOCCI'S ITALIAN RESTAURANT and NIEL MEOLA, the defendants in the above-entitled action. It is further stipulated and agreed that the law firm of Blustein, Shapiro, Rich & Barone, LLP will not take any further action with respect to this matter.

                                                           _[signature]_
                                                           Neil Meola, President
                                                           Stony Point Pizzeria, Inc. d/b/a
                                                           Bocci's Italian Restaurant

                                                           _[signature]_
                                                           Neil Meola, Individually

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

                                                           So Ordered,

                                                           _[signature]_
                                                           7/29/08

STATE OF NEW YORK    )
                    )ss.:
COUNTY OF ORANGE    )

On the 23 day of July, 2008, before me, the undersigned, a Notary Public in and for the State of New York, personally appeared Neil Meola personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity and that by his signature on the instrument the individual or the person upon behalf of which the individual acted, executed the instrument.

                                                        *Janice A. Taylor*
                                                       Notary Public

                                                       JANICE A. TAYLOR
                                                 Notary Public, State of New York
                                                 Qualified in Orange County
                                                       No. 4939145
                                                Commission Expires Aug. 8, 20 10

F:data/2008/08-0485/stipulation to withdraw as counsel

# BLUSTEIN, SHAPIRO, RICH & BARONE, LLP
### ATTORNEYS AT LAW

BURT J. BLUSTEIN
MICHAEL S. BLUSTEIN ✱
RICHARD J. SHAPIRO ◆
GARDINER S. BARONE
RITA G. RICH ✱

ADMITTED IN
✱ NEW JERSEY
◆ PENNSYLVANIA

90 CRYSTAL RUN ROAD
SUITE 409
MIDDLETOWN, NEW YORK 10941
(845) 692-0011
FAX (845) 695-1397
TOLL FREE (866) 692-0011
bsr@mid-hudsonlaw.com
www.mid-hudsonlaw.com

JAY R. MYROW
AMANDA L. SINROD
MINDY MENKE
CAROL C. PIERCE

ARTHUR SHAPIRO,
OF COUNSEL
JACOB R. BILLIG,
OF COUNSEL

July 24, 2008

Honorable Kenneth M. Karas
US District Court Judge
US District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601
VIA FACSIMILE 914-390-4152 and First Class Mail

Re: Parenti v. Stony Point Pizzeria, Inc. d/b/a Bocci's Italian Restaurant and Neil Meola
Index No: 08-Civ-2932

Dear Judge Karas:

Please be advised that we are the counsel of record for the defendants herein. As such there is a Court conference scheduled in this matter for August 6, 2008. However, I am writing you this letter requesting permission to withdraw from this case as counsel for the defendants. Unfortunately, my clients have informed me that they will not be able to pay for the firm's legal services any longer. Enclosed also please find an executed stipulation signed by Mr. Meola consenting to our firm withdrawing from this case.

I write to request the Court's approval of the firm's withdrawal and thank the Court for its consideration to this request.

Very truly yours,

Carol C. Pierce, Esq.

Cc: Evan Folke, Esq. (via fax 294-4309)
F:/data/2008/08-0485/letters/court 072408

---

*Other Locations*
690 KINDERKAMACK ROAD • ORADELL, N.J. 07649 • P: 201-265-4635
146 ROCK HILL DRIVE, P.O. BOX 780 • ROCK HILL, N.Y. 12775 • P: 845-794-3833